# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2490
_____

RONNIE MICHAEL TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy Register, Judge.

September 11, 2024

PER CURIAM.

AFFIRMED. *See McCray v. State*, 71 So. 3d 848, 865–66 (Fla. 2011) (holding that a hearing under *Faretta v. California*, 422 U.S. 806 (1975), is unnecessary when a defendant makes an ambiguous statement about self-representation rather than an unequivocal request for self-representation); *see also Waterhouse v. State*, 596 So. 2d 1008, 1014 (Fla. 1992).

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.